AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware ☑

| | |
|---|---|
| Dr. Mark A. Barry | ) ) ) ) ) |
| ALPHATEC HOLDINGS, INC., AND ALPHATEC SPINE, INC., | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 21-805-UNA

To: *(Defendant's name and address)*   Alphatec Holdings, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date:   6/2/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     1:21-CV-00805-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     ALPHATEC HOLDINGS, INC.

was received by me on *(date)*     06/02/2021

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     LYNANNE GARES (MANAGING AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* ALPHATEC HOLDINGS, INC.
C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 06/02/2021 AT 12:30 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  06/02/2021

_____
*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360,
WILMINGTON, DE 19899
_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT AND JURY DEMAND;
REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK; CIVIL
COVER SHEET; LOCAL RULE 73.1; EXHIBITS;