

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: (302)472-7311
Email:

March 2, 2022

**VIA CM-ECF**
The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, Delaware 19801-3555

Re:   *Barry v. Stryker Corp.*, C.A. No. 20-1787-RGA (D. Del.)
      *Barry v. Alphatec Holdings, Inc., et al.*, C.A. No. 21-805-RGA (D. Del.)
      *Barry v. SeaSpine Holdings Corp., et al.*, C.A. No. 21-806-RGA (D. Del.)

Dear Judge Andrews:

Pursuant to the Court's February 22, 2022 Orders in the above-referenced actions, the dial-in information for the Rule 16(b) Scheduling Teleconference on March 8, 2022, at 2:00 p.m., follows:

Dial:         1 877 853 5257 (Toll Free)
Meeting ID:   811 9458 7388
Passcode:     86053019

Counsel are available at the convenience of the Court should there be any questions relating to the foregoing.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/ram
cc:   Clerk of the Court (by CM-ECF)
      Counsel of Record (by CM-ECF and Email)